L & H TRANSPORT, INC., Respondent,

v.

The DREW AGENCY, INC., Defendant and Third Party Plaintiff, Respondent,

v.

CHUBB AND SONS, INC., Third Party Defendant, Petitioner, Appellant,

L & H TRANSPORT, INC., Respondent,

v.

CHUBB & SONS, INC.,
Petitioner, Appellant.

No. C6–85–104.

Supreme Court of Minnesota.

July 8, 1986.

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that Chubb & Sons, Inc.'s petition for *rehearing* of the above-entitled matter be, and the same is, hereby *granted* and the parties are authorized to serve and file simultaneous briefs not later than 20 days from the date of this order addressing the sole question of the applicability of this court's decision in *Henning Nelson Construction Co. v. Fireman's Fund American Life Ins. Co.*, 383 N.W.2d 645 (Minn.1986).